**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                                       **PLAINTIFF**

**VS.**                                                                                                                                **NO. 3:07CR-15-R**

**JASON PATRICK ROSS**                                                                                                 **DEFENDANT**

**ARRAIGNMENT ON SUPERSEDING INDICTMENT**
**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

This matter came before the Court on July 13, 2007, for arraignment on the Superseding Indictment.  The United States was represented by Robert Kilmartin, Assistant United States Attorney.  The Defendant, Jason Patrick Ross, present and on bond , with Laura Wyrosdick, Assistant Federal Defender, appointed counsel.  The hearing was recorded by Dena Legg, official court reporter.   The Defendant was furnished a copy of the Superseding Indictment.  Counsel, on behalf of the Defendant, acknowledged his identity, waived formality of arraignment, and entered pleas of **not guilty.**

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The appropriate wavier was executed by the defendant and filed in the record.  The Defendant  appeared in open court on July 13, 2007, and entered pleas of guilty as to Counts 1 through 3  of the Superseding Indictment  pursuant to an open plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 through 3 of the Superseding Indictment, and that the offenses charged were supported by an independent basis in fact

concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the pleas of guilty be accepted, and that the Defendant be adjudged guilty as to counts one through three in the Superseding Indictment and have sentence imposed accordingly. Sentencing is hereby scheduled for **October 15, 2007 at 12:00 p.m.** before the Honorable Thomas B. Russell, United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so. The defendant shall be **released** on his present bond.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

40